COMMONWEALTH of Pennsylvania,
Respondent

v.

Philome CESAR, Petitioner

No. 581 MAL 2016

Supreme Court of Pennsylvania.

December 5, 2016

## ORDER

PER CURIAM

AND NOW, this 5th day of December, 2016, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony J. BREELAND, Jr., Petitioner

No. 519 MAL 2016

Supreme Court of Pennsylvania.

December 5, 2016

## ORDER

PER CURIAM

AND NOW, this 5th day of December, 2016, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony M. MORALES–CASTRO, Petitioner

Commonwealth of Pennsylvania,
Respondent

v.

Anthony M. Morales–Castro, Petitioner

No. 500 MAL 2016
No. 501 MAL 2016

Supreme Court of Pennsylvania.

December 5, 2016

## ORDER

PER CURIAM

AND NOW, this 5th day of December, 2016, the Petition for Allowance of Appeal is DENIED.